IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:08CR00197-01 BRW

VAN DAVID MOONEYHAM

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc No. 32). The Clerk's office is directed to issue a summons for the defendant, VAN DAVID MOONEYHAM, and a revocation hearing is set for Friday, September 7, 2012 at 10:30 AM, before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom #1D, Little Rock, Arkansas.

Kim Driggers, Federal Public Defender, is appointed to represent Mr. Mooneyham.

IT IS SO ORDERED this 8th day of August, 2012.

                                        /s/Billy Roy Wilson
                             UNITED STATES DISTRICT JUDGE

ordsumms.wpd